IN THE UNITED STATES DISTRICT  COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA                :        DATE OF
                                        :        NOTICE: June 29, 2009
            VS.                         :
                                        :
EDWARD J. WHITEAKER                     :        CRIMINAL NO. 96-617-1
USM#50425-066                           :
USP LOMPOC

## NOTICE

        TAKE NOTICE, That Petition of the Probation Officer, a copy of which is attached, charges you with certain violation which may warrant revocation of your supervised release. You are directed to appear at the United States Courthouse, 601 Market Street, Phila., PA on **July 7, 2009 at 1:30 p.m. in Courtroom 14-B, at which time you will be given a hearing on the charges.**
        **You may have legal counsel present at the hearing if you so desire, in which event you should make appropriate arrangements with your attorney.**


        _____

        **Thomas J. McCann**
        **Deputy Clerk to Judge Yohn**
        **Phone:  (267) 299-7379**

**Att.- Copy of Petition**


# noINTERPRETER REQUIRED


        **NOTICE TO: Defendant**
              **Mark Wilson,Def Assoc**
              **Scott Cullen, U.S. Attorney**
              **Probation Office**
              **U.S. Marshal**
              **Larry Bowman**

**Cr. 25 (rev.8/97)**